**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00361-CV**
_____

**IN THE INTEREST OF C.L.**

**On Appeal from the County Court at Law No. 3**
**Montgomery County, Texas**
**Trial Cause No. 23-08-11588-CV**

**MEMORANDUM OPINION**

On July 19, 2024, the trial court signed the final order in a suit affecting the parent-child relationship. Although a motion for new trial was filed on August 20, 2024, the motion did not extend the appellate timetables because it was not filed within thirty days of judgment. *See* Tex. R. App. P. 26.1; Tex. R. Civ. P. 329b(a). Notice of appeal was due to be filed on August 19, 2024. *See* Tex. R. App. P. 4.1(a), 26.1. Appellant filed notice of appeal for a regular appeal on October 17, 2024, more than thirty days from the date of judgment and outside the time for which we may grant an extension of time to perfect a regular appeal. *See id*. 26.1; 26.3. In a letter

1

dated October 24, 2024, the Clerk of the Court of Appeals notified the parties that the appeal would be dismissed unless grounds were shown for continuing the appeal. As of the date of this opinion, no party has responded to this notice. Accordingly, we dismiss the appeal for lack of jurisdiction. *See id*. 42.3(a), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on November 20, 2024
Opinion Delivered November 21, 2024

Before Golemon, C.J., Wright and Chambers, JJ.